O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KARL KENNETH BELL, | ) | Case No. CV 10-3446-ODW (DTB) |
| Plaintiff, | ) | |
| vs. | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| THE COUNTY OF LOS ANGELES, | ) | |
| Defendant. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Second Superseding Report and Recommendation of the United States Magistrate Judge. No objections to the Second Superseding Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action without prejudice.

Dated: November 14, 2011

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE