JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL KENNETH BELL, | ) Case No. CV 10-3446-ODW (DTB) |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| vs. | ) |
| THE COUNTY OF LOS ANGELES, | ) |
| Defendant. | ) |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: November 14, 2011

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE